IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNE ALBRECHT,

             Plaintiff,

v.

WATSON PHARMACEUTICALS, et al.,

             Defendants.

NO. C10-5272 TEH

ORDER MODIFYING AUGUST 26, 2011 ORDER FOR PRETRIAL PREPARATION AND VACATING CASE MANAGEMENT CONFERENCE

With good cause appearing due to the death of Defendants' lead counsel, the Court now modifies the August 26, 2011 Order for Pretrial Preparation as follows:[1]

| | |
|---|---|
| Discovery Cutoff: | December 31, 2011 |
| Designation of Experts: | February 28, 2012 |
| Expert Discovery Cutoff: | March 15, 2012 |
| Last Day to Hear Pretrial Motions (Except Motions in Limine): | March 19, 2012 |
| Pretrial Conference: | June 25, 2012, at 3:00 PM |
| Trial: | July 10, 2012, at 8:30 AM |

All other provisions of the August 26, 2011 order remain in full effect.

---

[1] The parties agreed to the discovery cutoff date, deadline to designate experts, and expert discovery cutoff date in their October 7, 2011 joint case management conference statement. The remaining dates are modified to correspond with the Court's hearing and trial calendar.

1  There appears to be no other need for a case management conference at this time, and
2  the October 17, 2011 case management conference is therefore VACATED.
3
4  **IT IS SO ORDERED.**
5
6  Dated:  10/12/11

                THELTON E. HENDERSON, JUDGE
                UNITED STATES DISTRICT COURT

**United States District Court**
For the Northern District of California