JENNIFER SCHWARTZ (SBN 135932)
**LAW OFFICES OF JENNIFER SCHWARTZ**
1299 Fourth St., Suite 307
San Rafael, CA 94901
Tel: (415) 460-2888
Fax: (415) 460-2730
Email: jenniferschwartz@sbcglobal.net

Attorneys for PLAINTIFF
**ANNE ALBRECHT**

MARY E. WRIGHT (SBN 142886)
mary.wright@ogletreedeakins.com
JEAN C. KOSELA (SBN 252753)
jean.kosela@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Tel: (415) 442-4810
Fax: (415) 442-4870

Attorneys for Defendants
WATSON PHARMACEUTICALS and
WATSON PHARMACEUTICALS (NEW JERSEY), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE ALBRECHT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WATSON PHARMACEUTICALS, a Delaware Corporation; WATSON PHARMACEUTICALS (NEW JERSEY), INC., a New Jersey Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10-05272 TEH<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING DATE OF DEPOSITION DISCOVERY CUTOFF**<br><br>Complaint Filed: September 8, 2010<br>Trial Date: July 10, 2012 |

WHEREAS, December 31, 2011 is the current date for discovery cutoff;

WHEREAS, trial of this matter is currently set for July 10, 2012;

WHEREAS, the parties will be mediating this matter on December 14, 2011; and

WHEREAS, the parties have been conducting discovery, but wish to postpone certain deposition discovery until after December 14th with the expectation that the matter may resolve on December 14;

THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AND AGREE to continue the discovery cut-off for depositions only to January 31, 2012 so long as any such depositions are noticed prior to December 31, ~~2012~~. 2011

SO STIPULATED,

DATED: November 23, 2011    LAW OFFICES OF JENNIFER SCHWARTZ


By: _____/S/_____
Jennifer Schwartz
Attorney for Plaintiff
ANNE ALBRECHT


DATED: November 23, 2011    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: _____/S/_____
Mary E. Wright
Attorneys for Defendants
WATSON PHARMACEUTICALS et al.

IT IS SO ORDERED.

DATED: 11/28/2011

Judge Thelton E. Henderson