JENNIFER SCHWARTZ (SBN 135932)
**LAW OFFICES OF JENNIFER SCHWARTZ**
1299 Fourth St., Suite 307
San Rafael, CA 94901
Tel: (415) 460-2888
Fax: (415) 460-2730
Email: jenniferschwartz@sbcglobal.net

Attorneys for PLAINTIFF
**ANNE ALBRECHT**

MARY E. WRIGHT (SBN 142886)
mary.wright@ogletreedeakins.com
JEAN C. KOSELA (SBN 252753)
jean.kosela@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Tel:  (415) 442-4810
Fax:  (415) 442-4870

Attorneys for Defendants
WATSON PHARMACEUTICALS and
WATSON PHARMACEUTICALS (NEW JERSEY), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE ALBRECHT, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>WATSON PHARMACEUTICALS, a Delaware Corporation; WATSON PHARMACEUTICALS (NEW JERSEY), INC., a New Jersey Corporation; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No.   CV 10-05272 TEH<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER CONTINUING DATE OF DEPOSITION DISCOVERY CUTOFF**<br><br>Complaint Filed:  September 8, 2010<br>Trial Date:  July 10, 2012 |

**WHEREAS,** the trial of this matter is currently set for July 10, 2012;

**WHEREAS**, December 31, 2011 was the discovery cutoff date;

**WHEREAS,** the Court previously approved a stipulation allowing the parties to extend the discovery cutoff for depositions until January 31, 2012 in order to conduct a mediation on December 14, 2011;

**WHEREAS**, the case did not settle at the December 14 mediation but the parties desire to continue mediation of the matter and have confirmed with the mediator that they will be able to do so on or before February 10, 2012;

**WHEREAS,** the parties have an expectation that the matter may resolve at the second day of mediation;

**WHEREAS,** the parties have scheduled over 15 depositions for the month of January, beginning Monday, January 9, and wish to take those depositions off calendar pending potential settlement of this matter at mediation;

**WHEREAS,** based on counsel's schedules, if no settlement occurs, the parties will have to reschedule depositions for February and early March;

**WHEREAS,** given the July 10, 2012 trial date, the parties believe that other major pre-trial dates can be continued without impacting ~~either~~ the trial date;

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIPULATE AND AGREE:**

1. To continue the discovery cut-off for depositions to **March 5, 2012** so long as any such depositions are noticed prior to **February 6, 2012**.

2. To the following schedule for other pretrial dates and for briefing of dispositive motions;

STIPULATION AND (PROPOSED) ORDER CONTINUING DATE OF DEPOSITION DISCOVERY CUTOFF
CASE NO. CV 10-05272 TEH

- Pretrial motions hearing (Last day to hear pretrial motions except motions in limine): April 23

- Last day for filing dispositive motions: March 12

- Expert Discovery Cutoff: April 15

- Pretrial conference:  June 25 (no change requested for this date)

- Trial: July 10 (no change requested for this date)

- Deadline for filing opposition to dispositive motions: April 2

- Deadline for filing reply to dispositive motion: April 9

**SO STIPULATED,**

DATED:  January 6, 2011          LAW OFFICES OF JENNIFER SCHWARTZ

By:_____/S/_____
Jennifer Schwartz
Attorney for Plaintiff
ANNE ALBRECHT

DATED:  January 6, 2011          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:_____/S/_____
Mary E. Wright
Attorneys for Defendants
WATSON PHARMACEUTICALS et al.

**IT IS SO ORDERED.**

DATED:  01/09/2012

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*