1  Jennifer Schwartz (SBN 135932)
   jenniferschwartz@sbcglobal.net
2  LAW OFFICES OF JENNIFER SCHWARTZ
   1299 Fourth Street, Suite 307
3  San Rafael, CA  94901
   Telephone:  (415) 460-2888
4  Facsimile:  (415)  460-2730

5  Attorneys for Plaintiff
   ANNE ALBRECHT
6
   Mary E. Wright (SBN. 142886)
7  mary.wright@ogletreedeakins.com
   Jean C. Kosela (SBN 252753)
8  jean.kosela@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
9  Steuart Tower, Suite 1300
   One Market Plaza
10 San Francisco, CA  94105
   Telephone:     415.442.4810
11 Facsimile:     415.442.4870

12 Attorneys for Defendants
   WATSON PHARMACEUTICALS and
13 WATSON PHARMACEUTICALS (NEW JERSEY), INC.

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                    **SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| 18  ANNE ALBRECHT, an individual, | Case No. CV 10-05272 TEH (MEJ) |
| 19                Plaintiff, | **STIPULATION OF DISMISSAL** |
| 20       v. | |
| 21  WATSON PHARMACEUTICALS, a Delaware Corporation; WATSON PHARMACEUTICALS | |
| 22  (NEW JERSEY), INC., a New Jersey Corporation; and DOES 1-50, inclusive, | |
| 23                Defendants. | Complaint Filed:  September 8, 2010<br>Trial Date:           July 10, 2012 |

26 TO THE CLERK OF THE ABOVE CAPTIONED COURT:

27     IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

28 Procedure, Rule 41(a)(1) by and between Plaintiffs ANNE ALBRECHT, and Defendants

WATSON PHARMACEUTICALS and WATSON PHARMACEUTICALS (NEW JERSEY), INC. as follows:

1. This action was commenced on September 8, 2010.

2 The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice.

4. The parties mutually agree to waive any and all claims for costs of suit or attorney's fees as a result of this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: May 4, 2012    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Mary E. Wright
Mary E. Wright
*Attorneys for Defendants*
WATSON PHARMACEUTICALS and WATSON PHARMACEUTICALS (NEW JERSEY), INC.

DATED: May 4, 2012    THE LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Jennifer Schwartz
Jennifer Schwartz
*Attorney for Plaintiff*
ANNE ALBRECHT

**SIGNATURE ATTESTATION PER GENERAL ORDER 45, SECTION X.B.**

I hereby attest that I have on file consent to the use of a "conformed" signature (/s/) by Plaintiff's counsel for this e-filed document.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on _____, at San Francisco, California.

/s/ Mary Wright
MARY E. WRIGHT

IT IS SO ORDERED
Judge Thelton E. Henderson
05/04/2012

Case No. CV 10-05272 TEH (MEJ)
STIPULATION OF DISMISSAL

12305474.1 (OGLETREE)